1  WALID ABDUL-RAHIM (State Bar No. 141940)
2  AT&T SERVICES, INC. LEGAL DEPT.
3  5005 Executive Parkway, 3rd Floor North
   San Ramon, California 94583
   Telephone: (415) 632-9158
4  Email: wa3956@att.com

5  Attorneys for Defendant
6  Cricket Wireless LLC

7
                    UNITED STATES DISTRICT COURT
8
                   CENTRAL DISTRICT OF CALIFORNIA
9

10
11  JIEBO CAO, individually and on         CASE NO: 5:24-cv-02293-JGB (DTB)
    behalf of all those similarly situated,
12                                          **NOTICE OF WITHDRAWAL OF**
            Plaintiff,                      **MOTION TO COMPEL**
13                                          **ARBITRATION AND STAY**
       vs.                                  **LITIGATION**
14
15  CRICKET WIRELESS LLC,                   Hon. Judge Jesus G. Bernal
                                            United States District Judge
16          Defendant.
17                                          Hon. Judge David T. Bristow
                                            United States Magistrate Judge
18

19
20
21       TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:
22       PLEASE TAKE NOTICE that, pursuant to Local Rule 7-16, Defendant
23  CRICKET WIRELESS LLC ("Cricket") hereby withdraws its Motion to Compel
24  Arbitration and Stay Litigation, filed on March 3, 2025 and scheduled for hearing on
25  March 31, 2025. Plaintiff and Cricket have reached an agreement in principle to
26  resolve all claims between Plaintiff and Defendant pending in this action. Plaintiff and
27
28                                          1
    NOTICE OF WITHDRAWAL OF MOTION TO COMPEL ARBITRATION
                                            CASE NO. 5:24-cv-02293-JGB (DTB)

1 | Defendant are in the process of drafting and executing the formal settlement
2 | agreement and related dismissal papers.

DATED: March 22, 2025    AT&T SERVICES, INC. LEGAL DEPT.

By: /s/ *Walid Abdul-Rahim*
WALID ABDUL-RAHIM
Attorneys for Defendant
Cricket Wireless LLC